[S. F. No. 4020.   Department Two.—December 21, 1904.]

JACOB STEEN, Respondent, v. SANTA CLARA VALLEY MILL AND LUMBER COMPANY, Appellant.

Appeal—Order after Judgment—Refusal to Relieve from Default—Failure to Serve Notice in Time—Merits of Appeal.—An order refusing to relieve the appellant corporation from default in failing

to serve its notice of intention to move for a new trial within the statutory time is appealable as an order after judgment, and a motion to dismiss an appeal therefrom must be denied. The merits of the appeal cannot be inquired into and determined upon such motion.

MOTION to dismiss an appeal from an order of the Superior Court of Santa Cruz County denying a motion to be relieved from default in serving notice of intention to move for a new trial. Lucas F. Smith, Judge.

The facts are stated in the opinion of the court.

Carl E. Lindsay, for Appellant.

Z. N. Goldsby, and C. B. Younger, for Respondent.

THE COURT.—This case is before us now on a motion of respondent to dismiss appellant's appeal from the order of the court below made January 21, 1904, denying appellant's motion to be relieved from default in not serving within the statutory time its notice of intention to move for a new trial. The order appealed from, being an order made after judgment, is appealable; and its merits cannot be inquired into and determined on this present motion. The motion to dismiss said appeal is denied.